AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| | |
|---|---|
| United States of America<br>v.<br><br>Francisco Celedon<br><br>*Defendant(s)* | )<br>)  Case No. 2:15mj79-WC<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 3, 2015,__ in the county of __Montgomery__ in the __Middle__ District of __Alabama__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21, U.S.C., § 841(a)(1) | Possess with Intent to Distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine hydrochloride, more commonly known as "cocaine powder," a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:
Please see Affidavit.

☐ Continued on the attached sheet.

_____
Complainant's signature

Brian V. Todd, SA, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/04/2015

_____
Judge's signature

City and state: Montgomery, Alabama

Wallace Capel, Jr., U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Brian V. Todd, having appeared before the undersigned United States Magistrate, and having been duly sworn, deposes and states:

I am a Special Agent with the Drug Enforcement Administration ("DEA") and have been so employed since October 2000. I am currently assigned to the New Orleans Field Division, Montgomery Resident Office ("MRO") and have been so assigned since August 2014. I have worked exclusively on narcotics investigations for over 14 years. I attended Basic Agent Training at the DEA Academy in Quantico, Virginia and received extensive training in narcotics investigations, including the areas of narcotics law, drug identification, confidential source handling, report writing, court document preparation, surveillance operations, financial investigations, enforcement, and other areas. I have investigated criminal violations of federal controlled substance laws, including but not limited to investigations involving smuggling and distribution of controlled substances in violation of Title 21, United States Code, Sections 841 and 846; and laundering of the proceeds derived from the sale of controlled substances.

1. During the evening of May 3, 2015, the Alabama Department of Public Safety ("DPS") was contacted by investigators with the DEA Detroit Field Division. DEA Detroit investigators reported that they were conducting Court authorized electronic tracking on a 2004 white Chevrolet truck bearing Texas license plate number FMG 6842, which was associated with a cocaine distribution group based in Houston, Texas. **Francisco CELEDON ("CELEDON")** was believed to be driving the vehicle. DEA Detroit reported that the vehicle was travelling northbound from Houston and was in the Montgomery, Alabama area. Tracking data indicated that the vehicle was in the area of the Eastern Boulevard exit on U.S. Interstate 85.

2. Using the tracking data, investigators were able to determine that the vehicle was in the area of the Country Inn and Suites Hotel located at 5155 Carmichael Road, Montgomery, Alabama, at approximately 8:10 pm. DPS Trooper Chris Faulk visually located the vehicle parked in the parking lot of the Country Inn at approximately 8:20 pm. Shortly thereafter, Trooper Faulk observed an unidentified male walking away from the vehicle. Trooper Faulk parked near the vehicle and initiated a consensual conversation with the male. The male initially provided false identification to Trooper Faulk but finally identified himself as **CELEDON**. **CELEDON** further provided that he did not possess a currently valid driver's license. **CELEDON** also stated that he had travelled to Montgomery to visit a relative who had recently been hospitalized due to an accident involving an all-terrain vehicle, and was attempting to locate the relative. **CELEDON** initially claimed the relative was in the hospital. Later, **CELEDON** maintained that the relative had been released and he was attempting to locate the relative.

3. Trooper Faulk informed **CELEDON** that information revealed he had been driving erratically near the Country Inn and wanted to make sure **CELEDON** was fine. During the course of the conversation, Trooper Faulk asked for **CELEDON's** written consent to search the white truck. **CELEDON** assured Trooper Faulk that the vehicle contained nothing illegal and provided consent. DPS Trooper Brian Hamrick also arrived at the scene to assist. During the consensual search, DPS troopers identified a hidden compartment under the mounted tool box in the bed of the truck. Upon accessing the compartment, the DPS troopers located and seized five (5) individually wrapped kilograms of suspected cocaine hydrochloride. A sample was taken from one of the packages and field tested. The field test yielded a positive result for cocaine.

4. DEA Special Agents (SA) Brian Todd and Marbrae Wilson responded to the Country Inn and Suites. SA Wilson, with the assistance of DPS troopers, transported the packages of cocaine and **CELEDON** to the Montgomery Resident Office. SA Wilson and DEA Task Force (TFO) Officer Hubert Walters, placed the packages of cocaine into temporary holding. TFO Walters and SA Wilson advised **CELEDON** of his Miranda Warnings. **CELEDON** signed a declaration indicating that he did not want his interview to be recorded and indicated that he had no information to provide. TFO Walters and SA Wilson obtained biographical information from **CELEDON**, along with finger prints and photographs. TFO Walters and SA Wilson then transported **CELEDON** to the Montgomery County Sheriff's Office Detention Facility to be housed overnight. During the search of **CELEDON's** vehicle, DPS troopers also located two (2) cellular telephones which were relinquished to the custody of SA Brian Todd. **CELEDON's** truck was transported to the Alabama State Bureau of investigation (SBI) office on Monticello Drive, Montgomery, Alabama and secured it in a monitored garage at the facility.

5. Based on my experience and training, it is my belief that probable cause exists to arrest **CELEDON** for a violation of Title 21, United States Code, Section 841, Possession with Intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine hydrochloride, more commonly known as "cocaine powder," a Schedule II Controlled Substance.

Further your Affiant sayeth not. I swear under penalty of perjury that the forgoing is true.

Brian V. Todd
Special Agent
Drug Enforcement Administration

Subscribed and sworn to before me
this 4th day of May 2015

WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE

4