FILED
JUN 2 2015
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:15cr235-MHT SRW |
| | ) [21 U.S.C. § 841(a)(1); |
| FRANCISCO CELEDON | ) 8 U.S.C. §1326(a) and (b)(1)] |
| | ) |
| | ) **INDICTMENT** |

The Grand Jury charges:

## COUNT 1
[Substantive Drug Count]

On or about May 3, 2015, in Montgomery County, within the Middle District of Alabama, the defendant,

FRANCISCO CELEDON,

did knowingly and intentionally possess with intent to distribute five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine hydrochloride, more commonly known as "cocaine powder," a Schedule II controlled substance. All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2
[Reentry of Removed Alien]

On or about May 3, 2015, in Montgomery County, within the Middle District of Alabama, the defendant,

FRANCISCO CELEDON,

an alien, was found in the United States, contrary to law in that the defendant had been convicted of a felony, that being Possession of Marijuana (greater than 50 pounds and less than

2,000 pounds), and thereafter, had been deported, excluded, and removed and departed the United States on or about June 5, 1999, at or near Brownsville, Texas, and the defendant had not obtained the express consent of the Secretary of Homeland Security and the Attorney General of the United States to reapply for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

## FORFEITURE ALLEGATION

A. The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

B. Upon conviction of the offenses in violation of Title 21, United States Code, Section 841(a)(1), set forth in Count 1 of this Indictment, the defendant,

FRANCISCO CELEDON,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from proceeds obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses. The property includes, but is not limited to, the following: a 2004 Chevrolet pickup truck.

C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

2

(5) has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL:

_____
Foreperson

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY

_____
Curtis Ivy, Jr.
Assistant United States Attorney

_____
Kevin P. Davidson
Assistant United States Attorney

3