IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:15cr235-MHT |
| | ) | (WO) |
| FRANCISCO CELEDON | ) | |

### FINAL ORDER OF FORFEITURE

WHEREAS, on August 28, 2015, this Court entered a Preliminary Order of Forfeiture (doc. no. 24) ordering defendant Francisco Celedon to forfeit his interest in the following property: a 2004 Chevrolet Silverado pickup truck, bearing vehicle identification number 1GCEK19V74Z280294;

WHEREAS, notice of this forfeiture was personally served upon TitleMax, Inc. on October 20, 2015 (doc. no. 38). On November 2, 2015, the undersigned AUSA received an email from a representative of TMX Finance (formerly TitleMax) stating that after a search, no records were located in the Defendant's name or for the 2004 Chevrolet pickup truck;

WHEREAS, the United States published notice of this forfeiture on an official government internet site (www.forfeiture.gov) notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property (doc. no. 27);

WHEREAS, no timely petition has been filed and all third-party interests are barred by failure of those parties to file a timely petition; and,

WHEREAS, the Court finds that defendant Francisco Celedon has an interest in the property that is subject to forfeiture pursuant to 21 U.S.C. 853.

IT IS HEREBY ORDERED that the United States' Motion for a Final Order of Forfeiture (doc. no. 39) is GRANTED as follows:

1. The following property is hereby forfeited to the United States pursuant to the provisions of 21 U.S.C. § 853: a 2004 Chevrolet Silverado pickup truck, bearing vehicle identification number 1GCEK19V74Z280294.

2.   All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law;

3.   The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4. The Clerk of the Court shall forward a certified copy of this Order to the United States Attorney's Office.

SO ORDERED this the 24th day of November, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE